```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUCH-TECH, INC.,

                Plaintiff,

        -against-                                        13-cv-8885 (LAK)

INTELSAT CORP.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court has its doubts about whether Juch-Tech's complaint satisfies the particularity requirements of Rule 9(b).[1] It likely could dismiss the complaint on these grounds alone.[2] Nonetheless, because it has no bearing on the outcome, the Court grants Intelsat's motion for judgment on the pleadings [DI 14], dismissing the complaint, substantially for the reasons set forth in Magistrate Judge Maas' report and recommendation. Plaintiff's objections to that report and recommendation are overruled. The Clerk of Court shall enter judgment and close the case.

        SO ORDERED.

Dated:        December 19, 2014

                                                              Lewis A. Kaplan
                                                 United States District Judge

---

[1]     FED. R. CIV. P. 9(b) ("In alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake.").

[2]     *See Eaves v. Designs for Fin., Inc.*, 785 F. Supp. 2d 229, 264-65 (S.D.N.Y. 2011).